UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **Mexichem Amanco Holding, S.A. de C.V.,** <br><br> Plaintiff, <br><br> v. <br><br> **The Chemours Company,** <br><br> Defendant. | Case No. 4:20-cv-01960 <br><br> Jury Trial Demanded |

**COMPLAINT FOR PATENT INFRINGEMENT**

Plaintiff, Mexichem Amanco Holding, S.A. de C.V. ("Mexichem"), for its complaint against Defendant, The Chemours Company ("Chemours"), alleges as follows:

**The Parties**

1. Mexichem is a company organized and existing under the laws of Mexico, with a principal place of business at Río San Javier No. 10, Fraccionamiento, Viveros del Río, Tlalnepantla, C.P. 54060 Estado de México, c.p. 54060.

2. Chemours is a company organized and existing under the laws of the State of Delaware, with a principal place of business at 1007 Market Street, Wilmington, DE 19899.

**Jurisdiction and Venue**

3. This is an action for patent infringement arising under the patent laws of the United States, 35 U.S.C. §§ 1 *et seq*. This Court has subject matter jurisdiction over this action pursuant to at least 28 U.S.C. §§ 1331 and 1338(a).

4. This Court has personal jurisdiction over Chemours because, *inter alia*, Chemours is purposefully and intentionally availing itself of the privileges of doing business in the State of

Texas, including in this District, and because Chemours has committed acts of patent infringement in the state of Texas, including in this District. Chemours operates a facility for production of HFO-1234yf in Ingleside, Texas, which is in the State of Texas and in this District. Chemours is infringing the asserted patents in this District at least at its Ingleside production facility.

5. Venue is proper in this District pursuant to at least 28 U.S.C. § 1400(b) at least because Chemours has committed acts of patent infringement in this District and because Chemours has regular and established places of business in this District.

## Count I:
## Infringement of U.S. Patent No. 8,633,340

6. Mexichem realleges and incorporates the allegations set forth in paragraphs 1 through 5 as though fully set forth herein.

7. U.S. Patent 8,633,340 ("the '340 Patent") is titled "Process for the Production of Chlorinated and Fluorinated Alkanes and Alkenes in the Presence of a Catalyst." On January 21, 2014, the '340 Patent was duly and legally issued by the U.S. Patent Office. Mexichem is the assignee of the entire right, title, and interest in and to the '340 Patent. A true and correct copy of the '340 Patent is attached as Exhibit A.

8. Chemours has infringed and continues to infringe the '340 Patent at least by making 1,1,1-trifluoro-2,3-dichloropropane (HCFC-243db), making 3,3,3-trifluoro-2-chloroprop-1-ene (HCFO-1233xf), making 2-chloro-1,1,1,2-tetrafluoropropane (HCFC-244bb), and/or making 2,3,3,3-tetrafluoropropene (HFO-1234yf) using processes claimed in the '340 Patent, either literally or through the doctrine of equivalents, including at least patent claims 1, 4, 5, 28, 31, and 45.

9. Chemours announced in a press release "the startup of the new Opteon™ YF (HFO-1234yf) low global-warming-potential (GWP) refrigerant production facility at its Corpus Christi

2

manufacturing plant in Ingleside, Texas. This facility will enable Chemours to triple the global capacity of its hydrofluoroolefin (HFO) 1234yf-based products to meet increasing market demands for more environmentally sustainable refrigerants and blends." This production facility shall be referred to herein as the "Chemours Facility." A true and correct copy of Chemours' press release is attached as Exhibit B.

10. Claim 1 of the '340 Patent recites: "[a] process for preparing 1,1,1-trifluoro-2,3-dichloropropane (243db), which process comprises (i) contacting 3,3,3-trifluoropropene (1243zf) with chlorine in the presence of a catalyst, wherein the catalyst comprises activated carbon, alumina and/or an oxide of a transition metal."

11. Chemours infringes claim 1 of the '340 Patent.

12. Chemours makes and uses 3,3,3-trifluoropropene (1243zf) at the Chemours Facility.

13. Chemours makes and uses 1,1,1-trifluoro-2,3-dichloropropane (243db) at the Chemours Facility.

14. Chemours uses chlorine at the Chemours Facility.

15. Chemours uses one or more catalysts containing chromium, iron, and/or activated carbon at the Chemours Facility.

16. On information and belief, Chemours prepares 1,1,1-trifluoro-2,3-dichloropropane (243db) at the Chemours Facility by contacting 3,3,3-trifluoropropene (1243zf) with chlorine in the presence of a catalyst, wherein the catalyst comprises activated carbon, alumina and/or an oxide of a transition metal.

17. Public documents describe aspects of Chemours' process at the Chemours Facility. For example, Chemours requested an Environmental Screening Level ("ESL") from the Texas Commission of Environmental Quality ("TCEQ") for 243db at the Chemours Facility.

18. As another example, a TCEQ Notice of Registration of Industrial and Hazardous Waste ("Notice") identified 1243zf that was generated on-site by Chemours at the Chemours Facility.

19. As yet another example, Chemours represented to the TCEQ Wastewater Permitting Section that Chemours would use chlorine as a raw material at the Chemours Facility.

20. As still another example, Chemours represented to the TCEQ Wastewater Permitting Section that Chemours would use transition metal catalysts, specifically catalysts containing chromium and iron, at the Chemours Facility.

21. As yet a further example, a TCEQ Notice indicated that spent carbon catalyst was generated by Chemours at the Chemours Facility.

22. Claim 4 of the '340 Patent recites: "[a] process for preparing 1,1,1-trifluoro-2,3-dichloropropane (243db) comprising the step of converting 1,1,1,3-tetrachloropropane (250fb) to produce 3,3,3-trifluoropropene (1243zf), and contacting the 1243zf with chlorine in the presence of a catalyst, wherein the catalyst comprises activated carbon, alumina and/or an oxide of a transition metal."

23. Chemours infringes claim 4 of the '340 Patent.

24. On information and belief, Chemours practices a "process for preparing 1,1,1-trifluoro-2,3-dichloropropane (243 db)" and "contacting the 1243zf with chlorine in the presence of a catalyst, wherein the catalyst comprises activated carbon, alumina and/or an oxide of a transition metal," for at least the reasons described above in paragraphs 9-21.

4

25. Chemours makes and uses 1,1,1,3-tetrachloropropane (250fb) at the Chemours Facility.

26. On information and belief, Chemours prepares 1,1,1-trifluoro-2,3-dichloropropane (243db) at the Chemours Facility by converting 1,1,1,3-tetrachloropropane (250fb) to produce 3,3,3-trifluoropropene (1243zf), and contacting the 1243zf with chlorine in the presence of a catalyst, wherein the catalyst comprises activated carbon, alumina and/or an oxide of a transition metal.

27. Public documents describe aspects of Chemours' process at the Chemours Facility. For example, Chemours requested an ESL from the TCEQ for 250fb at the Chemours Facility.

28. Claim 5 of the '340 Patent recites: "[a] process for preparing 1,1,1-trifluoro-2,3-dichloropropane (243db)—comprising the steps (a) of telomerising ethylene and carbon tetrachloride ($CCl_4$) to produce 1,1,1,3-tetrachloropropane (250fb), (b) converting the 250fb to produce 3,3,3-trifluoropropene (1243zf), and contacting the (1243zf) with chlorine in the presence of a catalyst, wherein the catalyst comprises activated carbon, alumina and/or an oxide of a transition metal."

29. Chemours infringes claim 5 of the '340 Patent.

30. On information and belief, Chemours practices a "process for preparing 1,1,1-trifluoro-2,3-dichloropropane (243db)," "contacting the (1243zf) with chlorine in the presence of a catalyst, wherein the catalyst comprises activated carbon, alumina and/or an oxide of a transition metal," and "converting the 250fb to produce 3,3,3-trifluoropropene (1243zf)," for at least the reasons described above in paragraphs 9-27.

31. Chemours uses ethylene at the Chemours Facility.

32. Chemours uses carbon tetrachloride ($CCl_4$) at the Chemours Facility.

33. On information and belief, Chemours prepares 1,1,1-trifluoro-2,3-dichloropropane (243db) at the Chemours Facility by telomerising ethylene and carbon tetrachloride ($CCl_4$) to produce 1,1,1,3-tetrachloropropane (250fb), (b) converting the 250fb to produce 3,3,3-trifluoropropene (1243zf), and contacting the (1243zf) with chlorine in the presence of a catalyst, wherein the catalyst comprises activated carbon, alumina and/or an oxide of a transition metal.

34. Public documents describe aspects of Chemours' process at the Chemours Facility. For example, a TCEQ permit amendment document describes storage of carbon tetrachloride at the Chemours Facility.

35. As another example, a TCEQ report document describes storage of carbon tetrachloride at the Chemours Facility.

36. As yet another example, a TCEQ report document describes ethylene and carbon tetrachloride, together, as vented materials at the Chemours Facility.

37. Claim 28 of the '340 Patent recites: "[a] process comprising the steps of: (w) contacting 3,3,3-trifluoropropene (1243zf) with chlorine in the presence of a catalyst comprising activated carbon, alumina and/or an oxide of a transition metal to produce 1,1,1-trifluoro-2,3-dichloropropane (243db); and (x) converting the 243db to 3,3,3-trifluoro-2-chloroprop-1-ene ($CF_3CCl=CH_2$, 1233xf)."

38. Chemours infringes claim 28 of the '340 Patent.

39. On information and belief, Chemours practices step (w) of claim 28, "contacting 3,3,3-trifluoropropene (1243zf) with chlorine in the presence of a catalyst comprising activated carbon, alumina and/or an oxide of a transition metal to produce 1,1,1-trifluoro-2,3-dichloropropane (243db)," for at least the reasons described above in paragraphs 9-36.

6

40. Chemours makes and uses 3,3,3-trifluoro-2-chloroprop-1-ene (1233xf) at the Chemours Facility.

41. On information and belief, Chemours performs a process at the Chemours Facility including at least the steps of: (1) contacting 3,3,3-trifluoropropene (1243zf) with chlorine in the presence of a catalyst comprising activated carbon, alumina and/or an oxide of a transition metal to produce 1,1,1-trifluoro-2,3-dichloropropane (243db); and (2) converting the 243db to 3,3,3-trifluoro-2-chloroprop-1-ene ($CF_3CCl=CH_2$, 1233xf).

42. Public documents describe aspects of Chemours' process at the Chemours Facility. For example, Chemours requested an ESL from the TCEQ for 1233xf at the Chemours Facility.

43. Claim 31 of the '340 Patent recites: "[a] process comprising the steps of (w) contacting 3,3,3-trifluoropropene (1243zf) with chlorine in the presence of a catalyst, wherein the catalyst comprises activated carbon, alumina and/or an oxide of a transition metal to produce 1,1,1-trifluoro-2,3-dichloropropane (243db); (x) converting 243db to 3,3,3-trifluoro-2-chloroprop-1-ene ($CF_3CCl=CH_2$, (1233xf); and (y) contacting the 1233xf with a fluorinating agent to produce a compound of formula $CF_3CFXCH_3$, wherein X=Cl or F."

44. Chemours infringes claim 31 of the '340 Patent.

45. On information and belief, Chemours practices step (w) of claim 31, "contacting 3,3,3-trifluoropropene (1243zf) with chlorine in the presence of a catalyst, wherein the catalyst comprises activated carbon, alumina and/or an oxide of a transition metal to produce 1,1,1-trifluoro-2,3-dichloropropane (243db)," and step (x) of claim 31, "converting 243db to 3,3,3-trifluoro-2-chloroprop-1-ene ($CF_3CCl=CH_2$, (1233xf)," for at least the reasons described above in paragraphs 9-42.

7

46. Chemours makes and uses 244bb, a compound which has the formula $CF_3CFClCH_3$, at the Chemours Facility.

47. Chemours uses hydrogen fluoride, a fluorinating agent, at the Chemours Facility.

48. On information and belief, Chemours performs a process at the Chemours Facility including at least the steps of: (1) contacting 3,3,3-trifluoropropene (1243zf) with chlorine in the presence of a catalyst, wherein the catalyst comprises activated carbon, alumina and/or an oxide of a transition metal to produce 1,1,1-trifluoro-2,3-dichloropropane (243db); (2) converting 243db to 3,3,3-trifluoro-2-chloroprop-1-ene ($CF_3CCl=CH_2$, (1233xf); and (3) contacting the 1233xf with a fluorinating agent to produce 244bb, a compound of formula $CF_3CFXCH_3$, wherein X=Cl or F.

49. Public documents describe aspects of Chemours' process at the Chemours Facility. For example, Chemours requested an ESL from the TCEQ for 244bb at the Chemours Facility.

50. As another example, TCEQ Air Emission Event Reports related to the Chemours Facility describe emission of 244bb.

51. As yet another example, Chemours represented to the TCEQ Wastewater Permitting Section that Chemours would use hydrogen fluoride, a fluorinating agent, as a raw material at the Chemours Facility.

52. Claim 45 of the '340 Patent recites: "[a] process comprising the steps of (w) contacting 3,3,3-trifluoropropene (1243zf) with chlorine in the presence of a catalyst, wherein the catalyst comprises activated carbon, alumina and/or an oxide of a transition metal to produce 1,1,1-trifluoro-2,3-dichloropropane (243db); (x) converting 243db to 3,3,3-trifluoro-2-chloroprop-1-ene ($CF_3CCl=CH_2$, (1233xf); (y) contacting the 1233xf with a fluorinating agent to produce a compound of formula $CF_3CFXCH_3$, wherein X=Cl or Fl; and (z) dehydrohalogenating the compound of formula $CF_3CFXCH_3$ to produce 1234yf."

53. Chemours infringes claim 45 of the '340 Patent.

54. On information and belief, Chemours practices step (w) of claim 45, "contacting 3,3,3-trifluoropropene (1243zf) with chlorine in the presence of a catalyst, wherein the catalyst comprises activated carbon, alumina and/or an oxide of a transition metal to produce 1,1,1-trifluoro-2,3-dichloropropane (243db)," step (x) of claim 45, "converting 243db to 3,3,3-trifluoro-2-chloroprop-1-ene ($CF_3CCl=CH_2$, (1233xf))," and step (y) of claim 45, "contacting the 1233xf with a fluorinating agent to produce a compound of formula $CF_3CFXCH_3$, wherein X=Cl or Fl," for at least the reasons described above in paragraphs 9-51.

55. Chemours makes 1234yf at the Chemours Facility.

56. On information and belief, Chemours performs a process at the Chemours Facility including at least the steps of: (1) contacting 3,3,3-trifluoropropene (1243zf) with chlorine in the presence of a catalyst, wherein the catalyst comprises activated carbon, alumina and/or an oxide of a transition metal to produce 1,1,1-trifluoro-2,3-dichloropropane (243db); (2) converting 243db to 3,3,3-trifluoro-2-chloroprop-1-ene ($CF_3CCl=CH_2$, (1233xf)); (3) contacting the 1233xf with a fluorinating agent to produce 244b, a compound of formula $CF_3CFXCH_3$, wherein X=Cl or F; and (4) dehydrohalogenating the 244bb to produce 1234yf.

57. Public documents describe aspects of Chemours' process at the Chemours Facility. For example, TCEQ Air Emission Event Reports related to the Chemours Facility describe emission of 1234yf.

58. As another example, a TCEQ Air Emission Event Report described an emission of 244bb and 1234yf from a leak in a single reactor part at the Chemours Facility.

59. Chemours' acts of infringement have been without express or implied license by Mexichem, are in violation of Mexichem's rights, and will continue unless enjoined by this Court.

60. Chemours' infringement of the '340 Patent has been, and continues to be, intentional, willful, and malicious. Chemours' bad faith is evidenced at least by Chemours' use of Mexichem's patented technology, Chemours' knowledge of Mexichem's rights, and Chemours' continuing disregard for Mexichem's rights.

61. This is an exceptional case in view of Chemours' unlawful activities, including Chemours' intentional, willful, and malicious infringement.

62. Mexichem has been, is being, and will continue to be injured and has suffered, is suffering, and will continue to suffer injury and damages for which it is entitled to relief under at least 35 U.S.C. §§ 281, 284, and 285.

63. Chemours also has caused, is causing, and will continue to cause irreparable harm to Mexichem for which there is no adequate remedy at law and for which Mexichem is entitled to injunctive relief under at least 35 U.S.C. § 283.

## Demand for Jury Trial

Mexichem hereby demands a jury trial on all issues so triable.

## Relief Sought

WHEREFORE, Plaintiff Mexichem respectfully prays for:

1. Judgment that Chemours has infringed the '340 Patent, and that such infringement was willful;

2. An injunction against further infringement of the '340 Patent by Chemours, and each of its agents, employees, servants, attorneys, successors and assigns, and all others in privity or acting in concert with any of them;

3. An award of damages adequate to compensate Mexichem for the patent infringements that have occurred pursuant to 35 U.S.C. § 284, together with prejudgment interest and costs and reasonable attorney fees, pursuant to 35 U.S.C. §§ 284 and 285;

4. That Mexichem be awarded enhanced damages pursuant to 35 U.S.C. § 284 at least because of Chemours' intentional, willful, and malicious infringement; and

5. Such other and further relief as this Court deems just and proper.

Dated: June 3, 2020

Respectfully submitted,

By: /s/ Joseph J. Berghammer
Joseph J. Berghammer (admitted in the Southern District of Texas)
Attorney-In-Charge
Illinois Bar No. 6273690
Southern District of Texas Bar No. 2868672
jberghammer@bannerwitcoff.com
Banner & Witcoff, Ltd.
71 South Wacker Drive, Suite 3600
Chicago, IL 60606
Telephone: (312) 463-5000
Facsimile: (312) 463-5001

Michael L. Krashin (pro hac vice forthcoming)
Illinois Bar No. 6286637
mkrashin@bannerwitcoff.com
Eric J. Hamp (pro hac vice forthcoming)
Illinois Bar. No. 6306101
ehamp@bannerwitcoff.com
Banner & Witcoff, Ltd.
71 South Wacker Drive, Suite 3600
Chicago, IL 60606
Telephone: (312) 463-5000
Facsimile: (312) 463-5001

**ATTORNEYS FOR PLAINTIFF MEXICHEM**