| | | |
|---|---|---|
| UNITED STATES DISTRICT COURT | | SOUTHERN DISTRICT OF TEXAS |

United States District Court
Southern District of Texas
**ENTERED**
March 26, 2021
Nathan Ochsner, Clerk

Mexichem Amanco Holding, S.A. de C.V., §
    Plaintiff, §
§
v. §  Civil Action H-20-1960
§
The Chemours Company and §
The Chemours Company, FC, LLC, §
    Defendants. §

# Order of Adoption

On March 8, 2021, Magistrate Judge Peter Bray recommended that the court deny The Chemours Company and The Chemours Company, FC, LLC's motion to dismiss. (74) Neither party filed objections. The court adopts the memorandum and recommendation as its memorandum and opinion.

Signed at Houston, Texas, on March **26**, 2021.

Lynn N. Hughes
United States District Judge