United States District Court
Southern District of Texas
**ENTERED**
December 29, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT  SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| Mexichem Amanco Holding, S.A. de C.V., | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action H-20-1960 |
| The Chemours Company and The Chemours Company, FC, LLC, | § § § | |
| Defendants. | § | |

# Order of Adoption

On November 12, 2021, Magistrate Judge Peter Bray recommended constructions of disputed claim terms. (129) Both parties objected. (135, 136) The objections are overruled with one exception. "Catalyst" is a "substance that increases the rate of reaction at a given temperature and may take part in the reaction but is not itself a reactant." In all other respects, the court adopts the report and recommendation as its memorandum and opinion.

Signed at Houston, Texas, on December 29, 2021.

Lynn N. Hughes
United States District Judge